## HEAVNER v. HEAVNER

No. 162P85.

Case below: 73 N.C. App. 331.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## HELMS v. GRIFFIN

No. 8P85.

Case below: 71 N.C. App. 638.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## HICKS v. NC DEPT. OF CORRECTIONS

No. 29P85.

Case below: 71 N.C. App. 638.

Petition by plaintiff (Hicks) for discretionary review under G.S. 7A-31 denied 7 May 1985.

## INGLE v. ALLEN

No. 200P85.

Case below: 73 N.C. App. 334.

Petition by defendant (Carnell Ingle Allen) for discretionary review under G.S. 7A-31 denied 4 June 1985.

## IN RE APPEAL OF GREENSBORO OFFICE PARTNERSHIP

No. 138P85.

Case below: 72 N.C. App. 635.

Petition by taxpayer for discretionary review under G.S. 7A-31 denied 7 May 1985.